**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL 15, LOCAL #159,<br><br>           Petitioner,<br><br>   vs.<br><br>J&R FLOORING, INC., *etc., et al.*,<br><br>           Respondent. | 2:07-cv-1677-RLH-PAL<br><br>**O R D E R**<br>(Administrative Closure) |

Pursuant to the joint request of the parties (Joint Status Report #90), IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.

Dated: April 25, 2012

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE